UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>BRANDON LEE GARCIA,<br><br>                  Defendant. | Case No.: 15CR2448-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Doc. No. 23] |
|---|---|

Upon motion of the United States of America and good cause appearing, the Court hereby **DISMISSES t**he Information in the above-entitled case without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: November 10, 2015.

_____
HONORABLE MICHAEL M. ANELLO
United States District Judge